

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00370-CV

**IN RE** Rowland J**. MARTIN,** Individually and as
Administrator of the Estate of Johnnie Mae King

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  October 23, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On October 3, 2013, relator Rowland J. Martin filed an amended petition for writ of mandamus seeking relief with respect to several orders including an October 2005 order permitting the withdrawal of an attorney and three orders vacating three separate 2009 tax foreclosure judgments.  The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought.  Accordingly, the petition for writ of mandamus is denied.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2001-PC-1263, styled *In the Matter of the Estate of Johnnie Mae King, Deceased*, pending in Probate Court No. 1, Bexar County, Texas, the Honorable Polly Jackson Spencer, presiding; Cause No. 2003-TA1-02385, styled *State of Texas, County of Bexar, et al. v. Opal Gilliam, et al*., pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Michael Mery, presiding; Cause No. 2009-TA1-01454, styled *Bexar County, et al. v. Rowland J. Martin Jr., et al*., pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Michael Mery, presiding; and Cause No. 2004-TA1-02802, styled *County of Bexar, et al. v. Opal Gilliam, et al.*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Michael Mery, presiding.